IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HENRY ERIC JOHNSON,** | : |
| Petitioner, | : |
| v. | : CASE NO. 5:06-cv-103 (CAR) |
| **ALEXIS CHASE, Warden, et al.,** | : |
| Respondents | : |

# **J U D G M E N T**

Pursuant to the Order of this Court filed March 7, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action without prejudice.

This 7thy of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ se Partee, Deputy Clerk**